UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LATRELL ADAMS                                                                                    PETITIONER

VS.                                                                    CIVIL ACTION NO. 4:07CV112 DPJ-JCS

STATE OF MISSISSIPPI                                                                        RESPONDENT

## JUDGMENT

Having fully reviewed the Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the defendants, and that this action is dismissed with  prejudice.

**SO ORDERED AND ADJUDGED** this the 26th day of October, 2009.

　　　　　　　　　　　　　　　　　　　　s/ *Daniel P. Jordan III*
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE