

# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 09-60412
USDC No. 4:07-CV-112

U.S. COURT OF APPEALS
FILED
DEC 2 2009
CHARLES R. FULBRUGE III
CLERK

IN RE: LATRELL ADAMS,

Petitioner

Petition for a Writ of Mandamus
to the United States District Court
for the Southern District of Mississippi

Before JOLLY, WIENER, and BARKSDALE, Circuit Judges.

PER CURIAM:

Latrell Adams, Mississippi prisoner # 110376, has filed in this court a pro se petition for a writ of mandamus and a motion requesting leave to file his mandamus petition in forma pauperis (IFP). The motion for leave to proceed IFP is GRANTED.

Adams complains of district court delay in the handling of his habeas corpus petition filed under 28 U.S.C. § 2254. The district court dismissed Adams' petition on October 26, 2009. Accordingly, Adams' request for mandamus relief is moot.

The petition for a writ of mandamus is DENIED.